# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2021

162707 & (50)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

LANA TYRRELL,
      Plaintiff-Appellee,

v

UNIVERSITY OF MICHIGAN, TERI
GRIEB, VALERIE HILL, MELISSA DYSON,
JESSICA DURRKIN, and CARRIE
PETERSON,
      Defendants-Appellants.
_____/

SC: 162707
COA: 349020
Washtenaw CC: 18-000812-CD

On order of the Court, the motion to docket the application for leave to appeal is DENIED. See MCR 7.316(B) ("The Court will not accept for filing a motion to file a late application for leave to appeal under MCR 7.305(C)[.]"). Further, because late applications will not be accepted absent circumstances not present in this case, the late application for leave to appeal is DISMISSED. MCR 7.305(C)(5).

BERNSTEIN, J., did not participate due to a familial relationship.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2021

b0524

Clerk